RECEIVED
IN CLERK'S OFFICE
FEB 0 6 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **KEITH A HOWARD** | * | |
| **PETITIONER** | * | |
| | * | NO. 3-13-cv-00029 |
| v. | * | (Habeas Corpus) |
| **WAYNE CARPENTER, WARDEN** | * | |
| **RESPONDENT** | * | |

## MOTION TO CORRECT APPENDIX
## TO § 2254 PETITION

**COMES NOW** the Petitioner **KEITH A HOWARD**, Pro Se, pursuant to **Fed. R. Civ. P. Rule 7(b)(1)**, Respectfully would move that this Honorable Court allow the Petitioner to correct the "Appendix" annexed to his [petition] filed in the cause. Out of control of the Petitioner, during the photocopy process in order to submit his petition and supporting appendix by sufficient copy in the cause sub judice, this two (2) page document was inadvertently excluded or mishandled by the photocopy machine, or person other than the Petitioner operating the photocopy machine.

Therefore, the Petitioner would move that this Honorable Court grant the instant motion. The Petitioner relies on the annexed Memorandum Of Law in support of the instant motion.